# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GREG JEHOREK,** | |
| Plaintiff, | 8:23CV250 |
| vs. | |
| **UNION PACIFIC RAILROAD CO.,** | ORDER |
| Defendant. | |

A telephone conference was held with counsel for the parties on July 11, 2024, before the undersigned magistrate judge regarding discovery disputes. In advance of the conference, the parties submitted position statements, which the undersigned magistrate judge reviewed and attached to this Order, together with the relevant filings and rulings from their cited cases, including *Meza v. Union Pacific R.R. Co.*, Case No. 8:22-cv-00102-RFR-SMB, *Hurd v. Union Pacific R.R. Co.*, Case No. 8:23-cv-00201-JFB, and *Alpe v. Union Pacific R.R. Co.*, Case No. 8:23-cv-00210-RFR-SMB. The undersigned magistrate judge's rulings were stated on the record during the telephone call, contained in the audio file at Filing No. 52.

**IT IS SO ORDERED.**

Dated this 11th day of July, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge